

**Entered on Docket**
**April 22, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-7, its assignees and/or successors and the servicing agent WELLS FARGO BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-11915-lbr |
| | ) |
| Oscar D. Tapia, | ) Chapter 7 |
| | ) |
|     Debtor. | ) DATE:  04/12/10 |
| | ) TIME:   10:30 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

*Rev. 12.09*                                                                    M&H File No. NV-10-22844
                                                                                         10-11915-lbr

1  The Motion for Relief from Automatic Stay came on regularly for hearing at the date and
2  time set forth above before the United States Bankruptcy Court. Upon review of the Motion and
3  supporting evidence, and good cause appearing, the Court rules as follows:
4  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay
5  provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of
6  Movant in the real property commonly known as 6396 Foxlyn Avenue, Las Vegas, NV 89122.
7  Secured Creditor will provide not less than 7 days notice of the date, time, and location of
8  the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

10  IT IS SO ORDERED.

13  Submitted by:
    McCarthy & Holthus, LLP

14  _/s/Christopher K. Lezak_____
15  Christopher K. Lezak, Esq.
    9510 West Sahara Avenue, Suite 110
16  Las Vegas, NV 89117
17  702-685-0329

19  Approved/Disapproved

20  _Order Filed 03/10/10-no response received__
    Anthony DeLuca, Esq.
21  5830 West Flamingo Road, #233
    Las Vegas, NV 89103
22  (702) 873-5386

24  Approved/Disapproved

25  _Order Filed 03/10/10-no response received___
    Lenard E. Schwartzer
26  2850 South Jones Boulevard, #1
    Las Vegas, NV 89146

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X  This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Anthony DeLuca- Order Filed 03/10/10-no response received

Unrepresented parties appearing: None

Trustee: Lenard E. Schwartzer- Order Filed 03/10/10-no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

### 

*Rev. 12.09*      M&H File No. NV-10-22844
10-11915-lbr